Plaintiff LORENA ROA
Proceeding *Pro Se*
P.O. Box 27072
San Francisco, CA 94127
Brionloren@gmail.com
Telephone: (415) 933-2412

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
Michael E. Harvey (SBN 267684)
mharvey@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA ROA, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>SEARS, ROEBUCK AND CO., and DOES 1 through 200, inclusive,<br><br>             Defendants | Case No. 3:17-cv-06413 RS<br><br>**STIPULATION AND [PROPOSED ORDER] TO REFER CASE TO SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, and ADR Local Rule 7-2, Lorena Roa ("Plaintiff") and Sears, Roebuck and Co. ("Defendant") (collectively the "Parties") hereby submit this stipulation and proposed order to refer this case to a settlement conference with a Magistrate Judge, based on the following reasons:

WHEREAS, the Court ordered the Parties to engage in private mediation within 120 days of the February 26, 2018 Case Management Scheduling Order;

WHEREAS, the Court subsequently granted Plaintiff's attorney's request to withdraw without substitution in its May 11, 2018 Order Granting Motion to Withdraw;

WHEREAS, Plaintiff has been proceeding *pro se* since the Court's May 11, 2018 Order;

WHEREAS, the Parties are unable to reach an agreement to refer the case to private mediation;

WHEREAS, the Parties are in agreement with referral of this case to an early settlement conference with a Magistrate Judge.

NOW THEREFORE, IT IS JOINTLY STIPULATED BY THE PARTIES THAT:

1. The Parties agree to refer the case and appear at an early settlement conference before a Magistrate Judge.

2. The Parties agree and request to be relieved of the referral to engage in private mediation in the Court's February 26, 2018 Case Management Scheduling Order.

**IT IS SO STIPULATED**

DATED: June 28, 2018

By:  ___/s/ Lorena Roa_____
     Lorena Roa, Plaintiff *in pro se*

DATED: June 28, 2018        SEYFARTH SHAW LLP

By:  ___/s/ Michael E. Harvey_____
     Michael J. Burns
     Michael E. Harvey

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael E. Harvey, attest that concurrence in the filing of this Stipulation and [Proposed Order] to Refer Case to Settlement Conference with a Magistrate Judge has been obtained from the signatory Lorena Roa, Plaintiff *in pro se*.

DATED: June 28, 2018

By: ___/s/ Michael E. Harvey_____
          Michael E. Harvey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___6/29/18_____          _____
                                                                            Hon. Richard Seeborg
                                                                            United States District Judge

STIP RE: SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE - CASE NO. 3:17-CV-06413 RS
47249368v.1